Case Number: W3-2019-0266A
Filed in Washington County Superior Court
Submitted: 1/12/2021 9:47 AM
Envelope: 2911098
Reviewer: Brittany M.

**PANNONE LOPES**
**DEVEREAUX & O'GARA LLC**
counselors at law

FEB 22 2023

U.S. DISTRICT COURT
DISTRICT OF R.I.

William P. Devereaux
401.824.5100
wdevereaux@pldolaw.com

January 31, 2019

<u>Via Certified Mail</u>

Mr. Irving "Rocky" Johnson
151 Mechanic Street
Pawcatuck, CT 06379

Dear Mr. Johnson:

This firm represents the Narragansett Indian Tribe. As you are aware, the Office of the Chief Sachem issued a letter dated September 30, 2016 pertaining to the practice of Narragansett Tribal Members claiming membership in other non-recognized tribal entities. The above mentioned letter provided the following notice:

> "The Narragansett Tribe is governed by its Chief Sachem and Tribal Council and there has been no Tribal resolution or other authorization by the Narragansett Tribe permitting any organizations to act in a manner or to conduct any affairs in the name of, or on behalf of, the Narragansett Tribe or Tribal members.
>
> Recently, those organizations have included the National Association for the Advancement of Indigenous People, the Federation of Aboriginal Nations of America, the Usquepaug Nehantick Nahaganset Tribe, the Ninigret Nehantick Nagahansett Tribe, the Mashapaug Nahaganset Tribe and the Northern Narragansett Indian Tribe.
>
> Although these organizations might provide financial services, they do not possess the federal rights and privileges afforded to the Narragansett Tribe, its representatives, Program Directors and members.
>
> If a member of the Narragansett Tribe seeks representation by these organizations in a court of law, for state or municipal services or benefits, including school systems or in any manner in which they declare a jurisdictional privilege or right to do so, that Tribal member for whom they declare representation shall be subject to immediate revocation of Tribal membership privileges and program support."

Please be advised that as the only federally recognized Indian Tribe in the State of Rhode Island and Providence Plantations, the Narragansett Indian Tribe does not recognize nor acknowledge your organization. What is clear from the material made available to the Chief Sachem and Tribal Council of the Narragansett Indian Tribe is that you, your organization, and its purported members have unknown intentions. Be further advised that the Chief Sachem and Tribal Council of the Narragansett Indian Tribe is aware of your expressed affiliation with the group that identifies

4829-5735-7701, v. 2

Case Number: W3-2019-0266A
Filed in Washington County Superior Court
Submitted: 1/12/2021 9:47 AM
Envelope: 2911098
Reviewer: Brittany M.

themselves as the Ninegret Narragansett, perpetrating as not only a member of the group but as the group's leader, both on social media platforms and in general conversations. As a point of reference, links to said introductions can be found here: https://youtu.be/JbpqJdbfzt0 and https://youtu.be/eYi7cqdCSMc (beginning at 2:45).

As you know, the Narragansett Indian Tribe completed a comprehensive and fully vetted process to gain federal recognition; your self-proclaimed and self-appointed status affords you zero recognition, status, standing, or jurisdiction. Accordingly, your claims, allegations, and statements made via social media platforms and in general conversations are absolutely refuted, rejected, and dismissed as being without merit. Furthermore, the laws governing Tribal membership with the Narragansett Indian Tribe do not allow membership in two tribes.

As such, your membership status is considered in question. Until the matter is resolved in its entirety, you are hereby notified that you will not be permitted to attend any tribal meetings, be it regular monthly meetings, special meetings, etc.

A copy of this letter is being forwarded to the Office of the Chief Sachem, Tribal Council, and Tribal Police Department.

Sincerely,

William P. Devereaux

cc:   Anthony Dean Stanton, Chief Sachem
      Cassius Spears, Jr., First Councilman
      Antone Monroe, Chief of Tribal Police



4829-5735-7701, v. 2

Case Number: W3-2019-0266A
Filed in Washington County Superior Court
Submitted: 1/12/2021 9:47 AM
Envelope: 2911098
Reviewer: Brittany M.

# PANNONE LOPES DEVEREAUX & O'GARA LLC

*counselors at law*

William P. Devereaux
401.824.5100
wdevereaux@pldolaw.com

January 31, 2019

**Via Certified Mail**

Mr. Damion Everett
2030 Kingstown Road
Wakefield, RI 02879

Dear Mr. Everett:

    This firm represents the Narragansett Indian Tribe. As you are aware, the Office of the Chief Sachem issued a letter dated September 30, 2016 pertaining to the practice of Narragansett Tribal Members claiming membership in other non-recognized tribal entities. The above mentioned letter provided the following notice:

> "The Narragansett Tribe is governed by its Chief Sachem and Tribal Council and there has been no Tribal resolution or other authorization by the Narragansett Tribe permitting any organizations to act in a manner or to conduct any affairs in the name of, or on behalf of, the Narragansett Tribe or Tribal members.
>
> Recently, those organizations have included the National Association for the Advancement of Indigenous People, the Federation of Aboriginal Nations of America, the Usquepaug Nehantick Nahaganset Tribe, the Ninigret Nehantick Nagahansett Tribe, the Mashapaug Nahaganset Tribe and the Northern Narragansett Indian Tribe.
>
> Although these organizations might provide financial services, they do not possess the federal rights and privileges afforded to the Narragansett Tribe, its representatives, Program Directors and members.
>
> If a member of the Narragansett Tribe seeks representation by these organizations in a court of law, for state or municipal services or benefits, including school systems or in any manner in which they declare a jurisdictional privilege or right to do so, that Tribal member for whom they declare representation shall be subject to immediate revocation of Tribal membership privileges and program support."

    Please be advised that as the only federally recognized Indian Tribe in the State of Rhode Island and Providence Plantations, the Narragansett Indian Tribe does not recognize nor acknowledge your organization. What is clear from the material made available to the Chief Sachem and Tribal Council of the Narragansett Indian Tribe is that you, your organization, and its purported members have unknown intentions. Be further advised that the Chief Sachem and Tribal Council of the Narragansett Indian Tribe is aware of your expressed affiliation with the group that identifies

Case Number: W3-2019-0266A
Filed in Washington County Superior Court
Submitted: 1/12/2021 9:47 AM
Envelope: 2911098
Reviewer: Brittany M.

themselves as the Usquepaug Nehantick Nahaganset, perpetrating as not only a member of the group but as the group's leader, both on social media platforms and in general conversations. As a point of reference, links to said introductions can be found here: https://youtu.be/7bpqJdbfzt0 and https://youtu.be/eYl7cqdCSMc (beginning at 2:45).

As you know, the Narragansett Indian Tribe completed a comprehensive and fully vetted process to gain federal recognition; your self-proclaimed and self-appointed status affords you zero recognition, status, standing, or jurisdiction. Accordingly, your claims, allegations, and statements made via social media platforms and in general conversations are absolutely refuted, rejected, and dismissed as being without merit. Furthermore, the laws governing Tribal membership with the Narragansett Indian Tribe do not allow membership in two tribes.

As such, your membership status is considered in question. Until the matter is resolved in its entirety, you are hereby notified that you will not be permitted to attend any tribal meetings, be it regular monthly meetings, special meetings, etc.

A copy of this letter is being forwarded to the Office of the Chief Sachem, Tribal Council, and Tribal Police Department.

Sincerely,

William P. Devereaux

cc: Anthony Dean Stanton, Chief Sachem
Cassius Spears, Jr., First Councilman
Antone Monroe, Chief of Tribal Police



Case Number: W3-2019-0266A
Filed in Washington County Superior Court
Submitted: 1/12/2021 9:47 AM
Envelope: 291,1098
Reviewer: Brittany M.



**PANNONE LOPES DEVEREAUX & O'GARA LLC**
counselors at law

William P. Devereaux
401.824.5100
wdevereaux@pldolaw.com

January 10, 2019

<u>Via Certified Mail</u>

Mr. Damion Everett
2030 Kingstown Road
Wakefield, RI 02879

Dear Mr. Everett:

This firm represents the Narragansett Indian Tribe. As you are aware, the Office of the Chief Sachem issued a letter dated September 30, 2016 pertaining to the practice of Narragansett Tribal Members claiming membership in other non-recognized tribal entities. The above mentioned letter provided the following notice:

> "The Narragansett Tribe is governed by its Chief Sachem and Tribal Council and there has been no Tribal resolution or other authorization by the Narragansett Tribe permitting any organizations to act in a manner or to conduct any affairs in the name of, or on behalf of, the Narragansett Tribe or Tribal members.
>
> Recently, those organizations have included the National Association for the Advancement of Indigenous People, the Federation of Aboriginal Nations of America, the Usquepaug Nehantick Nahaganset Tribe, the Ninigret Nehantick Nagahansett Tribe, the Mashapaug Nahaganset Tribe and the Northern Narragansett Indian Tribe.
>
> Although these organizations might provide financial services, they do not possess the federal rights and privileges afforded to the Narragansett Tribe, its representatives, Program Directors and members.
>
> If a member of the Narragansett Tribe seeks representation by these organizations in a court of law, for state or municipal services or benefits, including school systems or in any manner in which they declare a jurisdictional privilege or right to do so, that Tribal member for whom they declare representation shall be subject to immediate revocation of Tribal membership privileges and program support."

Please be advised that as the only federally recognized Indian Tribe in the State of Rhode Island and Providence Plantations, the Narragansett Indian Tribe does not recognize nor acknowledge your organization. What is clear from the material made available to the Chief Sachem and Tribal Council of the Narragansett Indian Tribe is that you, your organization, and its purported members have unknown intentions. Be further advised that the Chief Sachem and Tribal Council of the Narragansett Indian Tribe is aware of your expressed affiliation with the group that identifies themselves as the Usquepaug Nehantick Nahaganset, perpetrating [illegible] Indian Tribe in the South [illegible]

Case Number: W3-2019-0266A
Filed in Washington County Superior Court
Submitted: 1/12/2021 9:47 AM
Envelope: 2911098
Reviewer: Brittany M.

but as the group's leader, both on social media platforms and in general conversations. As a point of reference, links to said introductions can be found here: https://youtu.be/Jbxqldbf2t0 and https://youtu.be/eYi7cqdCSMc (beginning at 2:45).

As you know, the Narragansett Indian Tribe completed a comprehensive and fully vetted process to gain federal recognition; your self-proclaimed and self-appointed status affords you zero recognition, status, standing, or jurisdiction. Accordingly, your claims, allegations, and statements made via social media platforms and in general conversations are absolutely refuted, rejected, and dismissed as being without merit. Furthermore, the laws governing Tribal membership with the Narragansett Indian Tribe do not allow membership in two tribes.

As such, your membership status is considered in question. Until the matter is resolved in its entirety, you are hereby notified that you will not be permitted to attend any tribal meetings, be it regular monthly meetings, special meetings, etc.

A copy of this letter is being forwarded to the Office of the Chief Sachem, Tribal Council, and Tribal Police Department.

Sincerely,

William P. Devereaux

cc: Anthony Dean Stanton, Chief Sachem
Cassius Spears, Jr., First Councilman
Antone Monroe, Chief of Tribal Police



4827-3872-9605, v. 1

Case Number: W3-2019-0266A
Filed in Washington County Superior Court
Submitted: 1/12/2021 9:47 AM
Envelope: 2911098
Reviewer: Brittany M.

**PANNONE LOPES DEVEREAUX & O'GARA LLC**

counselors at law

William P. Devereaux
401.824.5100
wdevereaux@pldolaw.com

January 10, 2019

<u>Via Certified Mail</u>

Mr. Irving "Rocky" Johnson
151 Mechanic Street
Pawcatuck, CT 06379

Dear Mr. Johnson:

This firm represents the Narragansett Indian Tribe. As you are aware, the Office of the Chief Sachem issued a letter dated September 30, 2016 pertaining to the practice of Narragansett Tribal Members claiming membership in other non-recognized tribal entities. The above mentioned letter provided the following notice:

> "The Narragansett Tribe is governed by its Chief Sachem and Tribal Council and there has been no Tribal resolution or other authorization by the Narragansett Tribe permitting any organizations to act in a manner or to conduct any affairs in the name of, or on behalf of, the Narragansett Tribe or Tribal members.
>
> Recently, those organizations have included the National Association for the Advancement of Indigenous People, the Federation of Aboriginal Nations of America, the Usquepaug Nehantick Nahaganset Tribe, the Ninigret Nehantick Nagahansett Tribe, the Mashapaug Nahaganset Tribe and the Northern Narragansett Indian Tribe.
>
> Although these organizations might provide financial services, they do not possess the federal rights and privileges afforded to the Narragansett Tribe, its representatives, Program Directors and members.
>
> If a member of the Narragansett Tribe seeks representation by these organizations in a court of law, for state or municipal services or benefits, including school systems or in any manner in which they declare a jurisdictional privilege or right to do so, that Tribal member for whom they declare representation shall be subject to immediate revocation of Tribal membership privileges and program support."

Please be advised that as the only federally recognized Indian Tribe in the State of Rhode Island and Providence Plantations, the Narragansett Indian Tribe does not recognize nor acknowledge your organization. What is clear from the material made available to the Chief Sachem and Tribal Council of the Narragansett Indian Tribe is that you, your organization, and its purported members have unknown intentions. Be further advised that the Chief Sachem and Tribal Council of the Narragansett Indian Tribe is aware of your expressed affiliation with the group that identifies themselves as the Ninigret Narragansett, perpetrating as not o[illegible]

Case Number: W3-2019-0266A
Filed in Washington County Superior Court
Submitted: 1/12/2021 9:47 AM
Envelope: 2911098
Reviewer: Brittany M.

group's leader, both on social media platforms and in general conversations. As a point of reference, links to said introductions can be found here: https://youtu.be/[illegible] and https://youtu.be/eYi7cqdCSMc (beginning at 2:45).

As you know, the Narragansett Indian Tribe completed a comprehensive and fully vetted process to gain federal recognition; your self-proclaimed and self-appointed status affords you zero recognition, status, standing, or jurisdiction. Accordingly, your claims, allegations, and statements made via social media platforms and in general conversations are absolutely refuted, rejected, and dismissed as being without merit. Furthermore, the laws governing Tribal membership with the Narragansett Indian Tribe do not allow membership in two tribes.

As such, your membership status is considered in question. Until the matter is resolved in its entirety, you are hereby notified that you will not be permitted to attend any tribal meetings, be it regular monthly meetings, special meetings, etc.

A copy of this letter is being forwarded to the Office of the Chief Sachem, Tribal Council, and Tribal Police Department.

Sincerely,

William P. Devereaux

cc: Anthony Dean Stanton, Chief Sachem
    Cassius Spears, Jr., First Councilman
    Antone Monroe, Chief of Tribal Police

