<29>



# Narragansett Indian Tribal Court

RECEIVED FEB 22 2023 U.S. DISTRICT COURT DISTRICT OF R.I.

## NOTICE

**TO:** Wayne Everett, Damien Everett and Rocky Johnson
**FROM:** Judge Dowdell
**RE:** APPLICATION OF REFERENDUM VOTE
**DATE:** April 25, 2019

On April 20 2019, the Narragansett Indian Tribe held a Special Referendum Vote to clarify its policy and tradition on dual membership. The Tribe affirmed that an avowed and recognized Narragansett Tribal member, by declaring membership, agrees that a lawful member of the Narragansett Indian Tribe does not hold membership in any other tribe, band, splinter group or group of indigenous people, and does further owe allegiance to the Constitution, laws, lore and traditions of Narragansett Tribe.

In keeping with this mandate, this communication provides legal notice of the mandate's application. Effective immediately, the Narragansett Tribe closes its Assembly and all participation in its internal political affairs to any member who has publically attested or holds dual membership as a leader or member of any other tribe, band, splinter group or group of indigenous people—to ensure unity of purpose in Assembly deliberations and preservation of our customary practices.

The Narragansett Tribe recognizes you as a tribal member who has publically claimed a leadership position within a separate and independent, political-tribal entity per the Federation of Aboriginal

Nations of America [FANA] website. Consequently, because of the affirmed referendum vote, it is the Tribe's expectation that you will no longer seek participation nor allowed admittance into Assembly proceedings or any other deliberative or political tribal matters.

The Narragansett Tribe recognizes the right of any of its members to choose their own political path and participation in a different tribal organizational structure. There is no ill will intended in the application of this mandate as your new political structure, described in the FANA website, recognizes and affirms the inherent right to sovereignty and self-determination of all other American Aboriginal nations and as well as claims the right of your members to be free from foreign interference in any internal tribal matters. These elements speak to the autonomous, political nature of your chosen organizational structure, which is in keeping with elemental tenants of the Narragansett Tribe.

Please inform your members that the Narragansett Tribe does not accept individual political participation in its internal affairs by anyone who has independently claimed or seeks to hold dual membership more than one political tribal entity.

In keeping with the public affirmation under FANA TRUTHS, which identifies honesty, integrity and respect as fundamental elements for the progressive and sustained success of your membership, it would be helpful if you would provide a list of your respective members who by virtue of FANA membership no longer claim allegiance to the Narragansett Tribe. This will enable each individual formal notice to avoid any future confusion or misunderstanding about the application the referendum, which disallows simultaneous participation in the internal affairs of the Narragansett Tribe and FANA or any of its independent entities.

Attachment: FANA Website photo