Case 1:23-cr-00016-JJM-PAS   Document 1-6   Filed 02/22/23   Page 1 of 1 PageID #: 237
Case 1:20-cv-00306-WES-PAS   Document 243   Filed 09/16/21   Page 1 of 1 PageID #: 1
Charlestown Police Department Mail - NIT Meeting



Jeffrey Allen <chief@charlestownpolice.org>

# NIT Meeting
1 message

**Jeffrey Allen** <chief@charlestownpolice.org>   Mon, Mar 6, 2017 at 8:45 AM
To: Mark Stankiewicz <mstankiewicz@charlestownri.org>

Mark,

On Friday I hosted a meeting at the police station to discuss potential prosecution of the people who entered the NIT Administration building on 12/20/16. The first discussion on the table was whether nor not the state would prosecute anyone for entering the building. The RI AG representatives stated that there would not be anyone prosecuted, because it is unclear who has the right to enter Tribal buildings. The remainder of the two hour meeting served as a debriefing of the Christmas incident as well other issues concerning Town and State police response to criminal matters on Trust Lands. The bottom line is that there are many issues that are still unclear especially what authority, if any, does the NIT Police Department have on Trust property. We should meet with Joe Larisa, the Feds and the State sometime in the near future to continue with this very important issue.

The following people attended the meeting:

RI AG:

Neil Kelly, Mark Travoto, Jerry Coyne and Stacy Verona

US AG:

Peter Neronha
Stephen Dambruch

State of RI:

Attorney Claire Richards (Governors legal counsel)
Attorney (?) legal counsel for RISP
Col. RISP Assumpico

Town:

Lt.s McMahon, Paliotta

Attorney Joe Larisa

Jeff

--
Jeffrey S. Allen
Chief of Police
Charlestown Police Department
4901 Old Post Road
Charlestown, RI 02813
Phone: 401-213-6901
chief@charlestownpolice.org

Bella-Noka-RFP-000378

https://mail.google.com/mail/u/0/?ui=2&ik=3a99b15891&view=pt&search=sent&th=15aa3...   3/6/2017