

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

2023 FEB 22 P 2: 54

# DISTRICT COURT

U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

## NOTICE OF APPEAL OR TRANSFER TO SUPERIOR COURT

W3-2019-0269A

| Defendant | Case Number | Case Type |
|---|---|---|
| Damion A Everett | 41-2019-01032 | Misdemeanor |
| **Bureau of Criminal Identification Number** | **Attorney for the Defendant** | |
| RI-09408640 | Joseph J. Altieri | |
| **Arresting Agency** | **Bond Setting** | |
| Charlestown Police Department | $1,000.00 Personal Recognizance | |

| Count(s) | Charge(s) | Offense Date(s) | Disposition(s) |
|---|---|---|---|
| 1 | Simple Assault and/or Battery | 04/27/2019 | Rule 23 Transfer to Superior Court |
| 2 | Obstructing Officer in Execution of Duty | 04/27/2019 | Rule 23 Transfer to Superior Court |
| 3 | Disturbance of Public Assembly | 04/27/2019 | Rule 23 Transfer to Superior Court |
| 4 | Disorderly Conduct | 04/27/2019 | Rule 23 Transfer to Superior Court |

The Defendant hereby ☐ appeals ☒ transfers (pursuant to Dist.R.Crim.P. 23) the above-referenced case to the Superior Court.

This notice has been filed by ☒ the Attorney for the Defendant ☐ the Defendant

| Clerk | Date |
|---|---|
| /s/ Cathy Mistrik | 6/20/2019 |

DC-CR-CMS-01 (revised November 2016)

# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

| Field | Value |
|---|---|
| DISTRICT COURT NO. | 41-19-1033 |
| COURT DIVISION | 4th |
| POLICE NO. | 19-105-AR |
| STATE EX REL VS. DEFENDANT (NAME and ALIAS) | DAMION A EVERETT / Alias- J. Doe |
| DEFENDANT ADDRESS AND PHONE | 2030 KINGSTON RD, WAKEFIELD, RI, 401-789-0691 |
| DEF. D.O.B. | 05/21/1973 |
| DEF. BCI NO. | 09408640 |
| DEF. M.V. LIC. NO. | RI-3316189 |
| PRE TRIAL DATE | 6/6/19 |
| OFFENSE DATE | 04/27/2019 |
| OFFICER/COMPLAINANT | Lieutenant Kevin T Kidd |
| POLICE DEPT./COMPLAINANT ADDRESS | Charlestown Police Department, 4901 Old Post Road |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

OFFICER/COMPLAINANT: [signature]   DATE: 5-23-19   SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE: [signature]   DATE: 5/23/19

## INITIAL APPEARANCE

## ARRAIGNMENT

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 5/23/19 | YES | YES | NG | NG | NG |

BAIL FOR ALL COUNTS: $1000 R  
ATTORNEY NAME: [illegible]

### COUNT 1 — STATUTE(S) VIOLATED 11-5-3 — [X] MISDEMEANOR

"Did then and there comitt an assault and battery upon the body of a uniformed Police Officer, To Wit: Officer Paul Gentile. In violation of 11-5-3 of the GLRI, 1956 as amended."

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER    APPEAL TAKEN ☐

### COUNT 2 — STATUTE(S) VIOLATED 11-32-1 — [X] MISDEMEANOR

"Did then and there obstruct a uniformed Police Officer in the execution of his official duty. In violation of 11-32-1 of the GLRI, 1956 as amended."

DISPOSITION: ☐ DISMISSAL ☐ GUILTY PLEA ☐ NOLO PLEA ☐ GUILTY FINDING ☐ NOT GUILTY FINDING ☐ CASE FILED 1 YEAR ☐ INFO/TRUE BILL ☐ NO INFO/NO TRUE BILL ☐ OTHER

PROCEEDING: ☐ ARRAIGN ☐ PRE TRIAL ☐ TRIAL ☐ OTHER    APPEAL TAKEN ☐

### COUNT 3 — STATUTE(S) VIOLATED 11-11-1 — [X] MISDEMEANOR

"Did then and there willfully interrupt and disturb a lawful and legal meeting of the Narragansett Indian Tribe. In violation of the GLRI, 1956 as amended."

DISPOSITION: ☐ NOT GUILTY FINDING

# STATE OF RHODE ISLAND
## DISTRICT COURT
## CRIMINAL COMPLAINT

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| 4-19-1032 | 4th | 19-105-AR |

| | VS. DEFENDANT (NAME and ALIAS) |
|---|---|
| STATE EX REL | DAMION A EVERETT<br>Alias- J. Doe |

**DEFENDANT ADDRESS AND PHONE**
2030 KINGSTON RD, WAKEFIELD, RI, 401-789-0691
STREET / CITY / STATE / PHONE

| DEF. D.O.B. | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. | DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|---|---|---|---|
| 05/21/1973 | 09408640 | | RI-3316189 | | |

| OFFENSE DATE | | OFFICER/COMPLAINANT | PRE-ARRAIGN CONF DATE | TRIAL DATE |
|---|---|---|---|---|
| 04/27/2019 | ☐ DIVERS DATE | Lieutenant Kevin T Kidd | | |

| POLICE DEPT./COMPLAINANT ADDRESS | SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |
|---|---|---|
| Charlestown Police Department, 4901 Old Post Road | | |

**TO ANY JUDGE OR JUSTICE OF THE PEACE:** ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X [signature] | 5-23-19 | X [signature] | 5/23/19 |

**INITIAL APPEARANCE**

| APPEARANCE DATE | BAIL FOR ALL ACCOUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | | |

**ARRAIGNMENT**

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 5/23/19 | ☒ YES ☐ NO | ☒ YES ☐ NO | NG | | |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | ☐ PRIVATE ☐ COURT APPT ☐ P.D. | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| $ | | | X [signature] |

---

**COUNT 1** | STATUTE(S) VIOLATED: 11-45-1 | ☐ FELONY ☒ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

"Did then and there act in a violent and tumultuous manner in front of another. In violation of 11-45-1 of the GLRI, 1956 as amended."

**DISPOSITION**
☐ DISMISSAL  ☐ NOT GUILTY FINDING
☐ GUILTY PLEA  ☐ CASE FILED 1 YEAR
☐ NOLO PLEA  ☐ INFO/TRUE BILL
☐ GUILTY FINDING  ☐ NO INFO/NO TRUE BILL
☐ OTHER ____

**SENTENCE IMPOSED**

**PROCEEDING**
☐ ARRAIGN  ☐ PRE TRIAL  ☐ TRIAL  ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

---

**COUNT 2** | STATUTE(S) VIOLATED: | ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

**DISPOSITION**
☐ DISMISSAL  ☐ NOT GUILTY FINDING
☐ GUILTY PLEA  ☐ CASE FILED 1 YEAR
☐ NOLO PLEA  ☐ INFO/TRUE BILL
☐ GUILTY FINDING  ☐ NO INFO/NO TRUE BILL
☐ OTHER ____

**SENTENCE IMPOSED**

**PROCEEDING**
☐ ARRAIGN  ☐ PRE TRIAL  ☐ TRIAL  ☐ OTHER | APPEAL TAKEN ☐ | JUDGE X | DATE

---

**COUNT 3** | STATUTE(S) VIOLATED: | ☐ FELONY ☐ MISDEMEANOR ☐ VIOLATION ☐ ORDINANCE

**DISPOSITION** | ☐ NOT GUILTY FINDING | SENTENCE IMPOSED



STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# DISTRICT COURT

## NOTICE OF APPEAL OR TRANSFER TO SUPERIOR COURT

W3-2019-0264A

| Defendant | Case Number | Case Type |
|---|---|---|
| Corey E Johnson | 41-2019-01036 | Misdemeanor |
| **Bureau of Criminal Identification Number** | **Attorney for the Defendant** | |
| RI-09006359 | Lauren Iannelli | |
| **Arresting Agency** | **Bond Setting** | |
| Charlestown Police Department | $1,000.00 Personal Recognizance | |

| Count(s) | Charge(s) | Offense Date(s) | Disposition(s) |
|---|---|---|---|
| 1 | Simple Assault and/or Battery | 04/27/2019 | |
| 2 | Obstructing Officer in Execution of Duty | 04/27/2019 | |
| 3 | Disturbance of Public Assembly | 04/27/2019 | |
| 4 | Disorderly Conduct | 04/27/2019 | |

The Defendant hereby ☐ appeals ☒ transfers (pursuant to Dist.R.Crim.P. 23) the above-referenced case to the Superior Court.

This notice has been filed by ☒ the Attorney for the Defendant ☐ the Defendant

| Clerk | Date |
|---|---|
| /s/ Cathy Mistrik | 6/13/2019 |

DC-CR-CMS-01 (revised November 2016)

# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

| Field | Value |
|---|---|
| DISTRICT COURT NO. | 41-19-1036 |
| COURT DIVISION | 4th |
| POLICE NO. | 19-107-AR |
| STATE EX REL VS. DEFENDANT (NAME and ALIAS) | COREY E JOHNSON — Alias- J. Doe- KOREY JOHNSON- CJ JOHNSON- CORY F JOHNSON |
| DEFENDANT ADDRESS AND PHONE | 45 GASPEE RD, NARRAGANSETT, RI, 401-364-0331 |
| DEF. D.O.B. | 03/11/1969 |
| DEF. BCI NO. | 09006359 |
| DEF. M.V. LIC. NO. | RI-8751167 |
| OFFENSE DATE | 04/27/2019 |
| OFFICER/COMPLAINANT | Lieutenant Kevin T Kidd |
| POLICE DEPT./COMPLAINANT ADDRESS | Charlestown Police Department, 4901 Old Post Road |

TO ANY JUDGE OR JUSTICE OF THE PEACE: ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

OFFICER/COMPLAINANT — DATE 5-23-19
SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE — DATE 5/23/19

ARRAIGNMENT DATE: 5/23/19
ADVISED OF RIGHTS: YES
JURY TRIAL WAIVED: YES

**COUNT 1** STATUTE(S) VIOLATED: 11-45-1 — [X] MISDEMEANOR

"Did then and there act in a violent and tumultuous manner in front of another. In violation of 11-45-1 of the GLRI, 1956 as amended."

**COUNT 2** STATUTE(S) VIOLATED: [blank]

**COUNT 3** STATUTE(S) VIOLATED: [blank]

# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

| Field | Value |
|---|---|
| DISTRICT COURT NO. | 41-19-1036 |
| COURT DIVISION | 4th |
| POLICE NO. | 19-107-AR |
| STATE EX REL VS. DEFENDANT (NAME and ALIAS) | COREY E JOHNSON  Alias- J. Doe- KOREY JOHNSON- CJ JOHNSON- CORY F JOHNSON |
| DEFENDANT ADDRESS AND PHONE | 45 GASPEE RD, NARRAGANSETT, RI  401-364-0331 |
| DEF. D.O.B. | 03/11/1969 |
| DEF. BCI NO. | 09006359 |
| DEF. M.V. LIC. NO. | RI-8751167 |
| PRE TRIAL DATE | 6/6/19 |
| OFFENSE DATE | 04/27/2019 |
| OFFICER/COMPLAINANT | Lieutenant Kevin T Kidd |
| POLICE DEPT./COMPLAINANT ADDRESS | Charlestown Police Department, 4901 Old Post Road |

**DATE:** 5-23-19  **SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE**  **DATE:** 5/23/19

## ARRAIGNMENT

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 5/23/19 | ☒YES ☐NO | ☒YES ☐NO | NG | NG | NG |

**BAIL FOR ALL COUNTS:** $1000 PR

### COUNT 1 — STATUTE(S) VIOLATED: 11-5-3   ☒ MISDEMEANOR

"Did then and there commit an assault and battery upon the body of a uniformed Police Officer, To Wit: Police Chief Antone Monroe. In violation of 11-5-3 of the GLRI, 1956 as amended."

### COUNT 2 — STATUTE(S) VIOLATED: 11-32-1   ☒ MISDEMEANOR

"Did then and there obstruct a uniformed Police Officer in his official duty. In violation of 11-32-1 of the GLRI, 1956 as amended."

### COUNT 3 — STATUTE(S) VIOLATED: 11-11-1   ☒ MISDEMEANOR

"Did then and there willfully interrupt and disturb a lawful and legal meeting of the Narragansett Indian Tribe. In violation of 11-11-1 of the GLRI, 1956 as amended."



# STATE OF RHODE ISLAND
## DISTRICT COURT  W3-2021-0030A

### NOTICE OF APPEAL OR TRANSFER TO SUPERIOR COURT

| Defendant | Case Number | Case Type |
|---|---|---|
| Irving J Johnson | 41-2021-00087 | Misdemeanor |
| **Bureau of Criminal Identification Number** <br> RI-09105474 | **Attorney for the Defendant** | |
| **Arresting Agency** <br> Charlestown Police Department | **Bond Setting** <br> $3,000.00 Surety | |

| Count(s) | Charge(s) | Offense Date(s) | Disposition(s) |
|---|---|---|---|
| 1 | Simple Assault and/or Battery | 04/27/2019 | |
| 2 | Obstructing Officer in Execution of Duty | 04/27/2019 | |
| 3 | Disturbance of Public Assembly | 04/27/2019 | |
| 4 | Disorderly Conduct | 04/27/2019 | |
| 5 | Simple Assault and/or Battery | 04/27/2019 | |

The Defendant hereby ☐ appeals ☒ transfers (pursuant to Dist.R.Crim.P. 23) the above-referenced case to the Superior Court.

This notice has been filed by ☐ the Attorney for the Defendant ☐ the Defendant

| Clerk | Date |
|---|---|
| /s/ Donna Avella | 1/21/2021 |

DC-CR-CMS-01 (revised June 2020)

# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

| DISTRICT COURT NO. | COURT DIVISION | POLICE NO. |
|---|---|---|
| 4/21/18 | 4th | 19-106-AR |

| STATE EX REL | VS. DEFENDANT (NAME and ALIAS) |
|---|---|
| | IRVING R JOHNSON |
| | Alias- J. Doe- IRVING R JOHNSON |

**DEFENDANT ADDRESS AND PHONE**
151 MECHANIC ST, PAWCATUCK, CT, 860-867-6102

| DEF. D.O.B. ✓ | DEF. BCI NO. | DEF. SOC. SEC. NO. | DEF. M.V. LIC. NO. |
|---|---|---|---|
| 03/12/1968 | 08910996 | | RI-2450189 |

| OFFENSE DATE | DIVERS DATE | OFFICER/COMPLAINANT |
|---|---|---|
| 04/27/2019 | ☐ | Lieutenant Kevin T Kidd |

**POLICE DEPT/COMPLAINANT ADDRESS**
Charlestown Police Department, 4901 Old Post Road

| DETERMINE ATTY DATE | PRE TRIAL DATE |
|---|---|
| PRE-ARRAIGN CONF DATE | TRIAL DATE |
| SUPERIOR CT ARRAIGN DATE | MISC DATE/BAIL HRG/CONTROL |

TO ANY JUDGE OR JUSTICE OF THE PEACE:
ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

| OFFICER/COMPLAINANT | DATE | SWORN TO BEFORE JUDGE/JUSTICE OF THE PEACE | DATE |
|---|---|---|---|
| X [signature] | 1-21-21 | X [signature] | 1-21-2021 |

INITIAL APPEARANCE

| APPEARANCE DATE | BAIL FOR ALL ACCOUNTS | ARRAIGNMENT DATE | JUSTICE OF THE PEACE |
|---|---|---|---|
| | $ | | |

**ARRAIGNMENT**

| ARRAIGNMENT DATE | ADVISED OF RIGHTS | JURY TRIAL WAIVED | PLEA COUNT 1 | PLEA COUNT 2 | PLEA COUNT 3 |
|---|---|---|---|---|---|
| 1-21-202 | ☒ YES ☐ NO | ☒ YES ☐ NO | NG | NG | NG |

| BAIL FOR ALL COUNTS | ATTORNEY NAME | | JUDGE/JUSTICE OF THE PEACE |
|---|---|---|---|
| $3,000.00/PR | L. DiNicola | ☐ PRIVATE ☐ COURT APPT ☐ P.D. | X Patti O'Neill |

## COUNT 1
**STATUTE(S) VIOLATED:** 11-5-3   ☐ FELONY  ☒ MISDEMEANOR  ☐ VIOLATION  ☐ ORDINANCE

"Did then and there committ an assault and battery upon the body of a ~~uniformed Police Officer~~, To Wit: Narragansett Tribal Police Chief Antone Monroe. In violation of 11-5-3 of the GLRI, 1956 as amended."

**DISPOSITION**
☐ DISMISSAL  ☐ NOT GUILTY FINDING
☐ GUILTY PLEA  ☐ CASE FILED 1 YEAR
☐ NOLO PLEA  ☐ INFO/TRUE BILL
☐ GUILTY FINDING  ☐ NO INFO/NO TRUE BILL
☐ OTHER _____

**SENTENCE IMPOSED**

**PROCEEDING**
☐ ARRAIGN  ☐ PRE TRIAL  ☐ TRIAL  ☐ OTHER

APPEAL TAKEN ☐   JUDGE X   DATE

## COUNT 2
**STATUTE(S) VIOLATED:** 11-32-1   ☐ FELONY  ☒ MISDEMEANOR  ☐ VIOLATION  ☐ ORDINANCE

"Did then and there obstruct a uniformed Police Officer in his official duty. In violation of 11-32-1 of the GLRI, 1956 as amended."

**DISPOSITION**
☐ DISMISSAL  ☐ NOT GUILTY FINDING
☐ GUILTY PLEA  ☐ CASE FILED 1 YEAR
☐ NOLO PLEA  ☐ INFO/TRUE BILL
☐ GUILTY FINDING  ☐ NO INFO/NO TRUE BILL
☐ OTHER _____

**SENTENCE IMPOSED**

**PROCEEDING**
☐ ARRAIGN  ☐ PRE TRIAL  ☐ TRIAL  ☐ OTHER

APPEAL TAKEN ☐   JUDGE X   DATE

## COUNT 3
**STATUTE(S) VIOLATED:** 11-11-1   ☐ FELONY  ☒ MISDEMEANOR  ☐ VIOLATION  ☐ ORDINANCE

"Did then and there willfully interrupt and disturb a lawful and legal meeting of the Narragansett Indian Tribe. In violation of 11-11-1 of the GLRI, 1956 as amended."

**DISPOSITION**  ☐ NOT GUILTY FINDING   **SENTENCE IMPOSED**

# STATE OF RHODE ISLAND DISTRICT COURT CRIMINAL COMPLAINT

| | |
|---|---|
| DISTRICT COURT NO. | (handwritten) |
| COURT DIVISION | 4th |
| POLICE NO. | 19-106-AR |
| STATE EX REL VS. DEFENDANT (NAME and ALIAS) | IRVING R JOHNSON<br>Alias- J. Doe- IRVING R JOHNSON |
| DEFENDANT ADDRESS AND PHONE | 151 MECHANIC ST, PAWCATUCK, CT, 860-867-6102 |
| DEF. D.O.B. | 03/12/1968 |
| DEF. BCI NO. | 08910996 |
| DEF. M.V. LIC. NO. | RI-2450189 |
| OFFENSE DATE | 04/27/2019 |
| OFFICER/COMPLAINANT | Lieutenant Kevin T Kidd |
| POLICE DEPT./COMPLAINANT ADDRESS | Charlestown Police Department, 4901 Old Post Road |

**TO ANY JUDGE OR JUSTICE OF THE PEACE:** ON BEHALF OF THE STATE I SWEAR THAT THE ABOVE DEFENDANT DID COMMIT THE FOLLOWING OFFENSES:

OFFICER/COMPLAINANT: (signature) DATE: 1-21-21

## COUNT 1
STATUTE(S) VIOLATED: 11-45-1  [X] MISDEMEANOR

"Did then and there act in a violent and tumultuous manner in front of another. In violation of 11-45-1 of the GLRI, 1956 as amended."

## COUNT 2
STATUTE(S) VIOLATED: 11-5-3  [X] MISDEMEANOR

"Did then and there make an assault and battery upon the body of a ~~uniformed police officer~~, to wit: Narragansett Tribal Officer Nelson Hazard."

In violation of 11-5-3 of the Rhode Island General Laws, 1956 as amended.

## COUNT 3
(blank)