Washington County Superior Court

# Case Summary

### Case No. W3-2019-0269A

| State of Rhode Island v. DAMION EVERETT | § | Location: | **Washington County Superior Court** |
|---|---|---|---|
| | § | Filed on: | **06/20/2019** |

---

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| | | | | | Case Type: | Misdemeanor |
| | | | | | Case Status: 06/20/2019 | Open |
| Jurisdiction: **Charlestown Police Department** | | | | | | |
| 1. Simple Assault and/or Battery Arrest | 11-5-3(a) | M | 04/27/2019 | 06/20/2019 | | |
| 2. Obstructing Officer in Execution of Duty | 11-32-1 | M | 04/27/2019 | 05/17/2019 | | |
| 3. Disturbance of Public Assembly | 11-11-1 | M | 04/27/2019 | 05/17/2019 | | |
| 4. Disorderly Conduct | 11-45-1(a) | M | 04/27/2019 | 05/17/2019 | | |

## Related Cases

41-2019-01032 (Related Case Number)

---

## Party Information

| **Plaintiff** | **State of Rhode Island** | TROVATO, MARK J<br>*Retained* |
|---|---|---|
| **Defendant** | **EVERETT, DAMION A**<br>DOB: 05/21/1973<br>SID: 09408640 | **SPARR, GLENN**<br>*Court Appointed* |
| **Agency** | **CHARLESTOWN POLICE DEPARTMENT** | |

---

## Case Events

| 06/20/2019 | Criminal Complaint Filed |
|---|---|
| 07/03/2019 | Clerks Note WSC |
| 08/07/2019 | Entry of Appearance |
| 08/07/2019 | Clerks Note WSC |
| 08/22/2019 | Clerks Note WSC |
| 09/03/2019 | Clerks Note WSC |
| 10/10/2019 | Clerks Note WSC |
| 11/22/2019 | Clerks Note WSC |



FILED
FEB 22 2023
U.S. DISTRICT COURT
DISTRICT OF R.I.

## Washington County Superior Court

### Case Summary
#### Case No. W3-2019-0269A

| Date | Event |
|---|---|
| 01/31/2020 | Clerks Note WSC |
| 02/03/2020 | Court Appointed Attorney Letter Sent    (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>Party: Court Appointed Attorney SPARR, GLENN |
| 02/03/2020 | Entry of Appearance |
| 02/03/2020 | Motion for Discovery and Inspection |
| 02/03/2020 | Motion for Statement of Promises, Rewards and Inducements |
| 02/03/2020 | Motion to Furnish Evidence Favorable to the Accused |
| 02/21/2020 | Clerks Note WSC |
| 09/24/2020 | Clerks Note WSC |
| 10/23/2020 | Clerks Note WSC |
| 01/21/2021 | Clerks Note WSC |
| 03/04/2021 | Clerks Note WSC |
| 04/22/2021 | Clerks Note WSC |
| 06/09/2021 | Clerks Note WSC |
| 07/28/2021 | Clerks Note WSC |
| 08/11/2021 | Clerks Note WSC |
| 08/11/2021 | Trial Proceeds |
| 08/11/2021 | Waiver of Jury Trial |
| 08/12/2021 | Trial Proceeds    (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/12/2021 | Clerks Note WSC |
| 08/26/2021 | Clerks Note WSC |
| 08/26/2021 | Trial Proceeds |
| 09/29/2021 | Clerks Note WSC |
| 11/03/2021 | Clerks Note WSC |
| 11/10/2021 | Clerks Note WSC |
| 01/20/2022 | Clerks Note WSC |
| 01/20/2022 | Trial Proceeds |
| 02/22/2022 | Trial Proceeds |
| 02/22/2022 | Clerks Note WSC |
| 03/08/2022 | Trial Proceeds    (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |

Washington County Superior Court

## Case Summary

### Case No. W3-2019-0269A

| Date | Event | Details |
|---|---|---|
| 03/08/2022 | Clerks Note WSC | |
| 04/12/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 04/12/2022 | Clerks Note WSC | |
| 04/13/2022 | Clerks Note WSC | |
| 04/26/2022 | Clerks Note WSC | |
| 04/26/2022 | Trial Proceeds | |
| 05/10/2022 | Clerks Note WSC | |
| 05/10/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 07/28/2022 | Clerks Note WSC | |
| 07/28/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/09/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/09/2022 | Clerks Note WSC | |
| 08/31/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/31/2022 | Clerks Note WSC | |
| 11/03/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 11/03/2022 | Clerks Note WSC | |
| 11/15/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 11/15/2022 | Clerks Note WSC | |
| 01/20/2023 | Clerks Note WSC | |

---

### Hearings

08/07/2019   **Determination of Attorney**   (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    07/08/2019 Reset by Court to 07/22/2019
    07/22/2019 Reset by Court to 08/07/2019
    *Defense Attorney to Enter*

08/07/2019   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    07/08/2019 Reset by Court to 07/22/2019
    07/22/2019 Reset by Court to 08/07/2019
    *Pending Further Investigation*

08/22/2019   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Pending Further Investigation*

09/03/2019   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Pending Further Investigation*

10/10/2019   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Pending Further Investigation*

11/22/2019   **Pre Trial Conference**   (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)

**Washington County Superior Court**

## Case Summary

**Case No. W3-2019-0269A**

*Pending Further Investigation*

| | | |
|---|---|---|
| 11/22/2019 | **Determination of Attorney**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Completed* | |
| 01/31/2020 | **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Pending Further Investigation* | |
| 01/31/2020 | **Determination of Attorney**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Court to Appoint Private Counsel* | |
| 02/21/2020 | **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Pending Further Investigation* | |
| 09/24/2020 | **Pre Trial Conference**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | 04/09/2020 Reset by Court to 05/14/2020 | |
| | 05/14/2020 Reset by Court to 06/11/2020 | |
| | 06/11/2020 Reset by Court to 09/24/2020 | |
| | 09/24/2020 Reset by Court to 09/24/2020 | |
| | *Pending Further Investigation* | |
| 10/23/2020 | **Pre Trial Conference**  (10:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Case Passed for Trial* | |
| 01/20/2021 | *CANCELED* **Trial Date Certain**  (9:30 AM)   (Judicial Officer: Taft-Carter, Associate Justice Sarah) | |
| | *Date Vacated By Judge* | |
| 01/21/2021 | **Trial**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Pending Further Investigation* | |
| 03/04/2021 | **Trial Calendar Call**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Pending Further Investigation* | |
| 04/22/2021 | **Trial Calendar Call**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Pending Further Investigation* | |
| 06/09/2021 | **Trial Calendar Call**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Pending Further Investigation* | |
| 07/28/2021 | **Trial Calendar Call**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Completed* | |
| 08/11/2021 | **Trial Date Certain**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Case Opens to Judge / Trial Proceeds* | |
| 08/12/2021 | **Trial**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Continued for Further Hearing* | |
| 08/26/2021 | **Trial**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Continued for Further Hearing* | |
| 09/29/2021 | **Trial**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Defense Attorney on Trial Other Court* | |
| 11/03/2021 | **Trial**  (9:30 AM)   (Judicial Officer: Taft-Carter, Associate Justice Sarah) | |
| | *Judge Unavailable* | |
| 11/10/2021 | **Trial**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | *Co-Defendant Continued* | |
| 01/20/2022 | **Trial**  (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |
| | 01/20/2022 Reset by Court to 01/20/2022 | |
| | *Continued for Further Hearing* | |

Washington County Superior Court

## Case Summary

### Case No. W3-2019-0269A

| Date | Event |
|---|---|
| 02/22/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Continued for Further Hearing* |
| 03/08/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Continued for Further Hearing* |
| 04/12/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Continued for Further Hearing* |
| 04/13/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Continued for Further Hearing* |
| 04/26/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>04/26/2022 Reset by Court to 04/26/2022<br>*Continued for Further Hearing* |
| 05/10/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Continued for Further Hearing* |
| 07/28/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>07/28/2022 Reset by Court to 07/28/2022<br>*Continued for Further Hearing* |
| 08/09/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Continued for Further Hearing* |
| 08/31/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>08/31/2022 Reset by Court to 08/31/2022<br>*Continued for Further Hearing* |
| 11/03/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>11/03/2022 Reset by Court to 11/03/2022<br>*Continued for Further Hearing* |
| 11/15/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Continued for Further Hearing* |
| 01/20/2023 | **Decision** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Completed* |

### Other Documents

| Date | Type | Description | Pages |
|---|---|---|---|
| 08/30/2022 | Public PDF | SC-CR-CMS-16 Criminal Case Action/Warrant for Committment (Clerks Note) | 1 Pages |