# Washington County Superior Court

## Case Summary

### Case No. W3-2019-0264A

| | | | |
|---|---|---|---|
| **State of Rhode Island v. COREY JOHNSON** | § | **Location:** | **Washington County Superior Court** |
| | § | Filed on: | **06/14/2019** |

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| | | | | | Case Type: | Misdemeanor |
| | | | | | Case Status: **06/14/2019** | Open |
| Jurisdiction: **Charlestown Police Department** | | | | | | |
| 1. Simple Assault and/or Battery | 11-5-3(a) | M | 04/27/2019 | 06/14/2019 | | |
| Arrest | | | | | | |
| 2. Obstructing Officer in Execution of Duty | 11-32-1 | M | 04/27/2019 | 05/17/2019 | | |
| 3. Disturbance of Public Assembly | 11-11-1 | M | 04/27/2019 | 05/17/2019 | | |
| 4. Disorderly Conduct | 11-45-1(a) | M | 04/27/2019 | 05/17/2019 | | |

### Related Cases
41-2019-01036 (Related Case Number)

## Party Information

| | | | |
|---|---|---|---|
| **Plaintiff** | **State of Rhode Island** | | TROVATO, MARK J<br>*Retained* |
| **Defendant** | **JOHNSON, COREY E**<br>DOB: 03/11/1969<br>SID: 09006359 | | IANNELLI, LAUREN<br>*Court Appointed* |
| **Agency** | **CHARLESTOWN POLICE DEPARTMENT** | | |

## Case Events

| | |
|---|---|
| 06/14/2019 | Criminal Complaint Filed |
| 07/02/2019 | Clerks Note WSC |
| 07/02/2019 | Court Appointed Attorney Letter Sent   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>    Party:   Court Appointed Attorney IANNELLI, LAUREN |
| 07/23/2019 | Entry of Appearance |
| 07/23/2019 | Clerks Note WSC |
| 08/22/2019 | Clerks Note WSC |
| 09/03/2019 | Clerks Note WSC |
| 10/10/2019 | Clerks Note WSC |

**RECEIVED**

**FEB 22 2023**

**U.S. DISTRICT COURT**
**DISTRICT OF R.I.**

# Washington County Superior Court

## Case Summary

### Case No. W3-2019-0264A

| Date | Event | Details |
|---|---|---|
| 11/22/2019 | Clerks Note WSC | |
| 01/31/2020 | Clerks Note WSC | |
| 02/21/2020 | Clerks Note WSC | |
| 09/24/2020 | Clerks Note WSC | |
| 10/23/2020 | Clerks Note WSC | |
| 01/21/2021 | Clerks Note WSC | |
| 03/04/2021 | Clerks Note WSC | |
| 04/22/2021 | Clerks Note WSC | |
| 06/09/2021 | Clerks Note WSC | |
| 07/28/2021 | Clerks Note WSC | |
| 08/11/2021 | Clerks Note WSC | |
| 08/11/2021 | Waiver of Jury Trial | |
| 08/11/2021 | Trial Proceeds | |
| 08/12/2021 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/12/2021 | Clerks Note WSC | |
| 08/26/2021 | Clerks Note WSC | |
| 08/26/2021 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 09/29/2021 | Clerks Note WSC | |
| 11/03/2021 | Clerks Note WSC | |
| 11/10/2021 | Clerks Note WSC | |
| 01/20/2022 | Clerks Note WSC | |
| 01/20/2022 | Trial Proceeds | |
| 02/22/2022 | Trial Proceeds | |
| 02/22/2022 | Clerks Note WSC | |
| 03/07/2022 | Motion | |
| 03/08/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 03/08/2022 | Clerks Note WSC | |
| 04/12/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 04/12/2022 | Clerks Note WSC | |

## Case Summary
### Case No. W3-2019-0264A

| Date | Event | Details |
|---|---|---|
| 04/13/2022 | Clerks Note WSC | |
| 04/26/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 04/26/2022 | Clerks Note WSC | |
| 05/10/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 05/31/2022 | Clerks Note WSC | |
| 07/28/2022 | Clerks Note WSC | |
| 07/28/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/09/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/09/2022 | Clerks Note WSC | |
| 08/31/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/31/2022 | Clerks Note WSC | |
| 11/03/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 11/03/2022 | Clerks Note WSC | |
| 11/15/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 11/15/2022 | Clerks Note WSC | |
| 01/20/2023 | Clerks Note WSC | |

### Hearings

| Date | Event | Details |
|---|---|---|
| 07/02/2019 | **Determination of Attorney** (9:30 AM) | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) *Representation Problem* |
| 07/02/2019 | **Pre Trial Conference** (9:30 AM) | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) *Representation Problem* |
| 07/23/2019 | **Determination of Attorney** (9:30 AM) | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) *Completed* |
| 07/23/2019 | **Pre Trial Conference** (9:30 AM) | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) *Pending Further Investigation* |
| 08/22/2019 | **Pre Trial Conference** (9:30 AM) | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) *Pending Further Investigation* |
| 09/03/2019 | **Pre Trial Conference** (9:30 AM) | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) *Pending Further Investigation* |
| 10/10/2019 | **Pre Trial Conference** (9:30 AM) | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) *Pending Further Investigation* |
| 11/22/2019 | **Pre Trial Conference** (9:30 AM) | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) *Pending Further Investigation* |
| 01/31/2020 | **Pre Trial Conference** (9:30 AM) | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) *Pending Further Investigation* |

Washington County Superior Court

## Case Summary

### Case No. W3-2019-0264A

02/21/2020
    **Pre Trial Conference** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Pending Further Investigation*

09/24/2020
    **Pre Trial Conference** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    04/09/2020 Reset by Court to 05/14/2020
    05/14/2020 Reset by Court to 06/11/2020
    06/11/2020 Reset by Court to 09/24/2020
    09/24/2020 Reset by Court to 09/24/2020
    *Pending Further Investigation*

10/23/2020
    **Pre Trial Conference** (10:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Case Passed for Trial*

01/20/2021
    *CANCELED* **Trial Date Certain** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
    *Date Vacated By Judge*

01/21/2021   **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Pending Further Investigation*

03/04/2021
    **Trial Calendar Call** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Pending Further Investigation*

04/22/2021
    **Trial Calendar Call** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Pending Further Investigation*

06/09/2021
    **Trial Calendar Call** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Pending Further Investigation*

07/28/2021
    **Trial Calendar Call** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Completed*

08/11/2021
    **Trial Date Certain** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Case Opens to Judge / Trial Proceeds*

08/12/2021   **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Continued for Further Hearing*

08/26/2021   **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Continued for Further Hearing*

09/29/2021   **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Co-Defendant Continued*

11/03/2021
    **Trial** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)
    *Judge Unavailable*

11/10/2021   **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Co-Defendant Continued*

01/20/2022   **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    01/20/2022 Reset by Court to 01/20/2022
    *Continued for Further Hearing*

02/22/2022   **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Continued for Further Hearing*

03/08/2022   **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    03/08/2022 Reset by Court to 03/08/2022
    *Continued for Further Hearing*

03/08/2022   **Hearing on Motion** (2:00 PM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    *Granted*

04/12/2022   **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)

Washington County Superior Court

## Case Summary

### Case No. W3-2019-0264A

| | | |
|---|---|---|
| | | *Continued for Further Hearing* |
| 04/13/2022 | **Trial** | (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| | | *Continued for Further Hearing* |
| 04/26/2022 | **Trial** | (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| | | 04/26/2022 Reset by Court to 04/26/2022 |
| | | *Continued for Further Hearing* |
| 05/10/2022 | **Trial** | (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| | | *Continued for Further Hearing* |
| 07/28/2022 | **Trial** | (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| | | *Continued for Further Hearing* |
| 08/09/2022 | **Trial** | (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| | | *Continued for Further Hearing* |
| 08/31/2022 | **Trial** | (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| | | 08/31/2022 Reset by Court to 08/31/2022 |
| | | *Continued for Further Hearing* |
| 11/03/2022 | **Trial** | (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| | | 11/03/2022 Reset by Court to 11/03/2022 |
| | | *Continued for Further Hearing* |
| 11/15/2022 | **Trial** | (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| | | *Continued for Further Hearing* |
| 01/20/2023 | **Decision** | (9:30 AM)   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| | | *Completed* |

### Other Documents

| | | | |
|---|---|---|---|
| 08/30/2022 | Public PDF | SC-CR-CMS-16 Criminal Case Action/Warrant for Committment (Clerks Note) | 1 Pages |