# Washington County Superior Court

## Case Summary

### Case No. W3-2021-0030A

| | | | |
|---|---|---|---|
| **State of Rhode Island v. IRVING JOHNSON** | § § | Location: | **Washington County Superior Court** |
| | | Filed on: | **01/22/2021** |

## Case Information

| Offense | Statute | Degree | Offense Date | Filed Date | | |
|---|---|---|---|---|---|---|
| | | | | | Case Type: | Misdemeanor |
| | | | | | Case Status: **01/22/2021** | Open |
| **Jurisdiction: Charlestown Police Department** | | | | | | |
| 1. Simple Assault and/or Battery | 11-5-3(a) | M | 04/27/2019 | 01/22/2021 | | |
| Arrest | | | | | | |
| 2. Obstructing Officer in Execution of Duty | 11-32-1 | M | 04/27/2019 | 01/21/2021 | | |
| 3. Disturbance of Public Assembly | 11-11-1 | M | 04/27/2019 | 01/21/2021 | | |
| 4. Disorderly Conduct | 11-45-1(a) | M | 04/27/2019 | 01/21/2021 | | |
| 5. Simple Assault and/or Battery | 11-5-3(a) | M | 04/27/2019 | 01/21/2021 | | |

### Related Cases
41-2021-00087 (Related Case Number)

## Party Information

| | | | |
|---|---|---|---|
| **Plaintiff** | **State of Rhode Island** | | |
| **Defendant** | **JOHNSON, IRVING J** DOB: 03/12/1968 SID: 09105474 | | **KURLAND, SHANNAH** *Retained* **Hadley, Katherine** *Retained* |
| **Agency** | **CHARLESTOWN POLICE DEPARTMENT** | | |

## Dispositions

04/12/2022  **Disposition** (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
    1. Simple Assault and/or Battery
       Dismissed 48A

## Case Events

| | |
|---|---|
| 01/22/2021 | Criminal Complaint Filed |
| 01/25/2021 | Entry of Appearance |
| 03/04/2021 | Clerks Note WSC |

RECEIVED
FEB 22 2023
U.S. DISTRICT COURT
DISTRICT OF R.I.

Washington County Superior Court

## Case Summary

### Case No. W3-2021-0030A

| Date | Entry |
|---|---|
| 03/05/2021 | Motion to Dismiss |
| 03/05/2021 | Memorandum in Support of Motion to Dismiss |
| 04/22/2021 | Clerks Note WSC |
| 04/26/2021 | Objection to Motion |
| 06/09/2021 | Clerks Note WSC |
| 07/28/2021 | Clerks Note WSC |
| 08/11/2021 | Clerks Note WSC |
| 08/11/2021 | Waiver of Jury Trial |
| 08/11/2021 | Trial Proceeds |
| 08/12/2021 | Trial Proceeds   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/12/2021 | Clerks Note WSC |
| 08/26/2021 | Clerks Note WSC |
| 08/26/2021 | Trial Proceeds   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 09/29/2021 | Clerks Note WSC |
| 11/03/2021 | Clerks Note WSC |
| 11/10/2021 | Clerks Note WSC |
| 01/20/2022 | Clerks Note WSC |
| 01/20/2022 | Trial Proceeds |
| 02/22/2022 | Trial Proceeds |
| 02/22/2022 | Clerks Note WSC |
| 02/23/2022 | Entry of Appearance |
| 03/08/2022 | Trial Proceeds   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 03/08/2022 | Clerks Note WSC |
| 04/12/2022 | 48A Dismissal Filed |
| 04/12/2022 | Clerks Note WSC |
| 04/13/2022 | Clerks Note WSC |
| 04/26/2022 | Trial Proceeds   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 04/26/2022 | Clerks Note WSC |
| 05/10/2022 | Trial Proceeds   (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 05/10/2022 | Clerks Note WSC |

Washington County Superior Court

## Case Summary

### Case No. W3-2021-0030A

| Date | Event | Details |
|---|---|---|
| 07/28/2022 | Clerks Note WSC | |
| 07/28/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/09/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/09/2022 | Clerks Note WSC | |
| 08/31/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 08/31/2022 | Clerks Note WSC | |
| 11/03/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 11/03/2022 | Clerks Note WSC | |
| 11/15/2022 | Trial Proceeds | (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) |
| 11/15/2022 | Clerks Note WSC | |
| 01/20/2023 | Clerks Note WSC | |

### Hearings

| Date | Event |
|---|---|
| 03/04/2021 | *CANCELED* **Determination of Attorney** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Date Vacated By Judge* |
| 03/04/2021 | **Pre Trial Conference** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Pending Further Investigation* |
| 04/22/2021 | **Pre Trial Conference** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Pending Further Investigation* |
| 04/22/2021 | **Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Pending Further Investigation* |
| 06/09/2021 | **Pre Trial Conference** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Case Passed for Trial* |
| 06/09/2021 | **Hearing on Motion to Dismiss** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Pending Further Investigation* |
| 07/28/2021 | **Trial Calendar Call** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Completed* |
| 08/11/2021 | **Trial Date Certain** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Case Opens to Judge / Trial Proceeds* |
| 08/12/2021 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Continued for Further Hearing* |
| 08/26/2021 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Continued for Further Hearing* |
| 09/29/2021 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Co-Defendant Continued* |
| 11/03/2021 | **Trial** (9:30 AM) (Judicial Officer: Taft-Carter, Associate Justice Sarah)<br>*Judge Unavailable* |
| 11/10/2021 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)<br>*Defense Attorney Unavailable* |

Washington County Superior Court

## Case Summary

**Case No. W3-2021-0030A**

| | | |
|---|---|---|
| 01/20/2022 | **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie) | |

01/20/2022 Reset by Court to 01/20/2022
*Continued for Further Hearing*

02/22/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
*Continued for Further Hearing*

03/08/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
03/08/2022 Reset by Court to 03/08/2022
*Continued for Further Hearing*

04/12/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
*Continued for Further Hearing*

04/13/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
*Continued for Further Hearing*

04/26/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
04/26/2022 Reset by Court to 04/26/2022
*Continued for Further Hearing*

05/10/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
*Continued for Further Hearing*

07/28/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
*Continued for Further Hearing*

08/09/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
*Continued for Further Hearing*

08/31/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
08/31/2022 Reset by Court to 08/31/2022
*Continued for Further Hearing*

11/03/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
*Continued for Further Hearing*

11/15/2022 **Trial** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
*Continued for Further Hearing*

01/20/2023 **Decision** (9:30 AM) (Judicial Officer: Wilk Thunberg, Associate Justice Melanie)
*Completed*